United States District Court
Southern District of Texas
**ENTERED**
January 27, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| EDWARD GARZA, *et al*, § § Plaintiffs, § VS. § § TRAVELERS CASUALTY INSURANCE § COMPANY OF AMERICA, *et al*, § § Defendants. § | CIVIL ACTION NO. 2:19-CV-068 |

## FINAL JUDGMENT

Pursuant to the parties' Agreed Stipulation of Dismissal with Prejudice (D.E. 32, 33), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 27th day of January, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE