United States District Court
Southern District of Texas
**ENTERED**
February 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| EDWARD GARZA, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:19-CV-068 |
| § | |
| TRAVELERS CASUALTY INSURANCE § | |
| COMPANY OF AMERICA, *et al*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Pursuant to the parties' Agreed Stipulation of Dismissal with Prejudice (D.E. 8), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 1st day of February, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE